### 3350. ROYSTER v. THE STATE.

POWELL, J. The evidence, though circumstantial, was sufficient to authorize the conviction. The exceptions to the charge of the court are not meritorious.　　　　　　　　　　　　　　　　*Judgment affirmed.*
DECIDED JUNE 7, 1911.

Accusation of larceny from house; from city court of Sylvester—Judge Williamson. March 17, 1911.

*L. D. Passmore, Perry, Foy & Monk,* for plaintiff in error.

*J. H. Tipton, solicitor,* contra.